## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
c/o Thomas A. Mauro
1020 19TH STREET, N.W.
SUITE 400
WASHINGTON, DC 20036
Plaintiff

    vs.

CASE NO:_____

Barbara L. Turner
1080 Wisconsin Ave., Suite #300,
Washington, DC 20007
Defendant

**COMPLAINT FOR MONIES OWED TO THE UNITED STATES**

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

**STATEMENT OF THE CLAIMS**

First Cause of Action: C-47916

**PROMISSORY NOTES EXECUTED ON: 09/14/1970, 06/14/1971, 09/13/1971, 09/13/1971, 09/30/1971, 08/13/192, 09/28/1972, 01/17/1973, 06/04/1973**

2. The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets):* $2,800.00; plus current Capitalized Interest Balance and Accrued Interest: $2,301.18 as of 03/02/2006; plus Administrative Fee, Costs, Penalties: $.00; making the total owed (exclusive of pre-judgment interest, attorney's fees and costs) **$5,101.16**. *Plus Attorney's fees at 29.50% of the total owed; plus costs and post-judgment interest.*

3. The Certificate of Indebtedness, attached as Exhibit "B-1", shows the total owed excluding

attorney's fees and Court costs and related charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3.000% per annum from the date stated in Exhibit "B-1". The promissory notes which are at issue are attached as Exhibit "A-1" hereto.

Second Cause of Action- Claim No: C-47917

**PROMISSORY NOTES EXECUTED ON: 09/04/1973, 02/01/1974**

4. The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets):* $1,000.00; plus current Capitalized Interest Balance and Accrued Interest: $814.83 as of 03/02/2006; plus Administrative Fee, Costs, Penalties: $0; making the total owed (exclusive of pre-judgment interest, attorney's fees and costs) **$1,814.83**. Plus Attorney's fees at 29.50% of the total owed; plus costs and post-judgment interest.

5. The Certificate of Indebtedness, attached as Exhibit "B-2", shows the total owed excluding attorney's fees and Court costs and related charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3.000% per annum from the date stated in Exhibit "B-2". The promissory notes which are at issue are attached as Exhibit "A-2" hereto.

**TOTAL OWED ON COMBINED CLAIM(Claim Numbers** C-47916 and C-47917)

**$6,915.9 (excluding attorneys fees and costs).**

### Failure to Pay

6. Demand has been made upon the defendant for payment of the indebtedness, and the

defendant has neglected and refused to pay the same.

    WHEREFORE, the UNITED STATES OF AMERICA prays for judgment:

    A. For the sums set forth in paragraph 2 and 4 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

    B. For attorneys' fees to the extent allowed by law or contract; and,

    C. For such other relief which the Court deems proper.

    Respectfully submitted,

/s/

Thomas A. Mauro, Bar No. 184515
1020--19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
Attorneys for Plaintiff

Date: March 2, 2006

NOTE: IF THIS LINE IS CHECKED _____, THE ATTACHED PROMISSORY NOTES ARE TRUE COPIES OF THE ORIGINAL.
sumcomp2.wpd