AG 480

# PROMISSORY NOTE
## NATIONAL DEFENSE STUDENT LOAN

352 46 [illegible] DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

MCGEE BARBARA LORRAINE Office of Education, Washington, D.C. 20202

Loan No. 70404

Iowa City, Iowa 52240

NDEA V096 - 0500

I, Barbara McGee, hereinafter called the maker, promise to pay to University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, the sum of $ 200.00 (or so much thereof as may from time to time be advanced to me and endorsed hereon) with interest at the rate of 3 per cent per annum, together with all attorneys' fees and other costs and charges for the collection of any amount not paid when due according to the terms of this note.

The maker further understands and agrees, and it is understood between the parties that:

I. Repayment of principal, together with interest thereon, shall be made over a period, commencing (except when paragraph III (2) applies) nine months after the date on which the maker ceases to carry, at an institution of higher education, (as defined in the National Defense Education Act of 1958 as amended and regulations pertaining thereto) or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the full-time academic workload as determined by the institution granting the loan, and ending ten years and nine months after such date. Interest, at the rate of three per centum per annum, shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or if the maker so requests, in graduated installments determined in accordance with such schedules as may be approved by the above-named institution and the Commissioner) quarterly, bimonthly or monthly installments in accordance with the schedule which is attached to and made part of this note.

II. All sums advanced pursuant to this note are drawn from a fund created under the National Defense Education Act of 1958 as amended. Such terms of this note as are subject to interpretation shall be construed in the light of Federal Regulations pertaining to such Act, a copy of which shall be kept by the institution.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.

(2) Interest shall not accrue on the loan, and installments need not be paid during any period (a) during which the maker is carrying, at an institution of higher education or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the normal full-time academic workload as determined by the institution, (b) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (c) not in excess of three years during which the maker is in service as a volunteer under the Peace Corps Act or (d) not in excess of three years during which the maker serves as a volunteer under Section 603 of the Economic Opportunity Act of 1964; any such period in (a), (b), (c) or (d) shall not be included in determining the ten-year period during which repayment must be completed.

(3) If, for any period not exceeding three years, the maker is pursuing less than half-time study at an institution of higher education but is taking courses creditable toward a degree, his repayment installments shall, upon adequate notice to the institution, be deferred for such period. No such period shall be included in determining the ten-year repayment period under paragraph 1. However, interest shall continue to accrue throughout such deferment period.

(4) If the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school or institution of higher education in a State, or in an elementary or secondary school overseas of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of ten per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under the regulations of the Commissioner) of such service, up to a maximum of 50 per centum of the principal plus interest thereon.

(5) If, commencing with the academic year 1966-67, the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in such year for assistance pursuant to Title II of P. L. 81-874, as amended, and which, for purposes of this clause, for that year has been determined by the Commissioner, to be a school in which there is a high concentration of students from low-income families, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(5a) If, commencing with the academic year 1967-68, the maker undertakes service as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed or other health impaired children who by reason thereof require special education) in a public or other nonprofit elementary or secondary school system, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(6) In the event of the maker's death or total and permanent disability the unpaid indebtedness hereunder shall be cancelled.

(7) The maker is responsible for informing the institution to which he is indebted under this note of any change or change in his address.

(8) Notwithstanding the repayment schedule otherwise calculable pursuant to paragraph 1, the maker shall repay the principal of this loan at the rate of not less than $15 per month. In the event the maker receives or has received other National Defense Student Loans at one or more other institutions, he shall repay this note at a monthly rate equal to the amount by which $15 exceeds the total monthly rate of repayment on all such other loans.

[Overstamped across paragraphs II–III: The maker is entitled to the cancellation of up to 50 percent of the total loan and interest thereon for military service performed in the Armed Forces after April 13, 1970 (not to exceed 50 percent) for loans made on or after June 30, 1972]

PLAINTIFF'S EXHIBIT A-1

[illegible] Yearly Status | 1 | College Class | 4 | Income | 2 | Sex

(9) If the maker fails to make timely payment of all or any part of an installment, or if the maker is eligible for deferral or cancellation of payment (pursuant to paragraph III (2), (3), or (4) herein) but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part thereof in which the installment or evidence is late, and $2 for each month or part thereof thereafter, or (2) where the loan is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof in which the installment or evidence is late. If the institution elects to add the charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

(10) "In the event of a failure to meet a scheduled repayment of any of the annual installments due on this note, the entire unpaid indebtedness, including interest due and accrued thereon, shall, at the option of the institution, become immediately due and payable."

(11) The maker promises to pay all costs of presentation and collection of this note, and further consents that any Justice of the Peace shall have jurisdiction of a suit in collection of this note to an amount not exceeding Three Hundred Dollars. The makers, sureties, endorsers and, or guarantors of this note hereby waive presentment for payment or notice of non-payment; and it is further agreed that any and all refunds and monies due from the University shall be applied on this note

IV. The maker hereby certifies that he has listed below all of the National Defense Student Loans obtained at other institutions.

## SCHEDULE OF PREVIOUS NATIONAL DEFENSE STUDENT LOANS

| | Amount | Date | Institution | Signature |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |

## SCHEDULE OF ADVANCES

| | Amount | Date | Signature |
|---|---|---|---|
| 1 | $ 200.00 | 9-14-70 | x Barbara Lorraine McGee |
| 2 | $ | | |
| 3 | $ | | |
| 4 | $ | | |

Surety - Signed: ______________________

Address of Surety: ______________________

Relationship to Student: ______________________

Signed: x Barbara Lorraine McGee

Local Address: ______________________

Home Address: ______________________

Date: 9-14-70

**Caveat -- This note shall be executed without security and without endorsement, except that if the Maker is a minor and this note would not, under State law, create a binding obligation either security or endorsement may be required.**

## PAYMENTS ON NATIONAL DEFENSE STUDENT LOAN

| Date | Amount of Payment | | | Received by |
|---|---|---|---|---|
| | Total | Principal | Interest | |
| | $ | $ | $ | |
| | | | | |
| | | | | |
| | | | | "All right, title and interes |
| | | | | the undersigned is hereby ass |
| | | | | (without warranty), to the Ur |
| | | | | States of America" |
| | | | | |
| | | | | The University of Iowa |
| | | | | Dennis R. Austin |
| | | | | Supervisor-Student Loan Acco |
| | | | | August 21, 1979 |
| | | | | |
| | | | | |
| | | | | |

352 46 88 84

MCGEE BARBARA LORRAINE

# PROMISSORY NOTE
## NATIONAL DEFENSE STUDENT LOAN
### DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

Office of Education, Washington, D.C. 20202

Loan No. 70973

Iowa City, Iowa 52240

NDEA V096 - 0500

I, Barbara McGee, hereinafter called the maker, promise to pay to T University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, th sum of $ 500.00 (or so much thereof as may from time to time be advanced to me and en dorsed hereon) with interest at the rate of 3 per cent per annum, together with all attorneys' fe and other costs and charges for the collection of any amount not paid when due according to the terms of this note.

The maker further understands and agrees, and it is understood between the parties that:

I. Repayment of principal, together with interest theron, shall be made over a period, commencing (except when paragraph III (2) applies) nine months after the date on which the maker ceases to carry, at an institution of higher education, (as defined in the National Defense Education Act of 1958 as amended and regulations pertaining thereto) or at a comparable institution outside the States approved for this purpose by the Commissione at least one-half the full-time academic workload as determined by the institution granting the loan, and ending ten years and nine months after such date. Interest, at the rate of three per centum per annum, shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or if the maker so requests, in graduated installments determined in accordance with such schedules as may be approved by the above-named institution and the Commissioner) quarterly, bimonthly or monthly installments in accordance with the schedule which is attached to and made part of this note.

II. All sums advanced pursuant to this note are drawn from a fund created under the National Defense Education Act of 1958 as amended. Such terms of this note as are subject to interpretation shall be construed in the light of Federal Regulations pertaining to such Act, a copy of which shall be kept by the institution.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.

(2) Interest shall not accrue on the loan, and installments need not be paid during any period (a) during which the maker is carrying, at an institution of higher education or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the normal full-time academic workload as determined by the institution, (b) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (c) not in excess of three years during which the maker is in service as a volunteer under the Peace Corps Act or (d) not in excess of three years during which the maker serves as a volunteer under Section 603 of the Economic Opportunity Act of 1964; any such period in (a), (b), (c) or (d) shall not be included in determining the ten-year period during which repayment must be completed.

(3) If, for any period not exceeding three years, the maker is pursuing less than half-time study at an institution of higher education but is taking courses creditable toward a degree, his repayment installments shall, upon adequate notice to the institution, be deferred for such period. No such period shall be included in determining the ten-year repayment period under paragraph I. However, interest shall continue to accrue throughout such deferment period.

(4) If the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school or institution of higher education in a State, or in an elementary or secondary school overseas of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of ten per centum of the total amount of the loan plus interest theron for each complete academic year or its equivalent (as determined under the regulations of the Commissioner) of such service, up to a maximum of 50 per centum of the principal plus interest thereon.

(5) If, commencing with the academic year 1966-67, the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in such year for assistance pursuant to Title II of P.L. 81-874, as amended, and which, for purposes of this clause, for that year has been determined by the Commissioner to be a school in which there is a high concentration of students from low-income families, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(5a) If, commencing with the academic year 1967-68, the maker undertakes service as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed or other health impaired children who by reason thereof require special education) in a public or other nonprofit elementary or secondary school system, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(6) If the maker serves as a member of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of twelve and one-half per centum of the total amount of the loan plus interest thereon for each year of consecutive service (as determined under the regulations of the Commissioner), up to a maximum of 50 per centum of the principal plus interest thereon on loans made after April 13, 1970, for military service performed after June 30, 1970.

(7) In the event of the maker's death or total and permanent disability the unpaid indebtedness hereunder shall be canceled.

(8) The maker is responsible for informing the institution to which he is indebted under this note of any change or changes in his address.

(9) Notwithstanding the repayment schedule otherwise calculable pursuant to paragraph I, the maker shall repay the principal of this loan [illegible] not less than $15 per month. In the event the maker receives or has received other National Defense Student Loans at one [illegible] institutions, he shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the total [illegible] of repayment on all such other loans.

PLAINTIFF'S EXHIBIT

[illegible]ourly Status | 1 College Class | 4 Income | 2 Sex

(10) If the maker fails to make timely payment of all or any part of an installment, or if the maker is eligible for deferral or cancellation of payment (pursuant to paragraph III (2), (3), or (4) herein) but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part thereof in which the installment or evidence is late, and $2 for each month or part thereof thereafter, or (2) where the loan is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof in which the installment or evidence is late. If the institution elects to add the charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

(11) "In the event of a failure to meet a scheduled repayment of any of the annual installments due on this note, the entire unpaid indebtedness, including interest due and accrued thereon, shall, at the option of the institution, become immediately due and payable."

(12) The maker promises to pay all costs of presentation and collection of this note, and further consents that any Justice of the Peace shall have jurisdiction of a suit in collection of this note to an amount not exceeding Three Hundred Dollars. The makers, sureties, endorsers and/or guarantors of this note hereby waive presentment for payment or notice of nonpayment; and it is further agreed that any and all refunds and monies due from the University shall be applied on this note.

IV. The maker hereby certifies that he has listed below all of the National Defense Student Loans obtained at other institutions.

SCHEDULE OF PREVIOUS NATIONAL DEFENSE STUDENT LOANS

| | Amount | Date | Institution | Signature |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |

Surety - Signed: ______

Address of Surety: ______

Relationship to Student: ______

Signed: Barbara J. McGee

Local Address: ______

Home Address: ______

Date: June 14, 1971

Caveat -- This note shall be executed without security and without endorsement, except that if the Maker is a minor and this note would not, under State law, create a binding obligation either security or endorsement may be required.

PAYMENTS ON NATIONAL DEFENSE STUDENT LOAN

| Date | Amount of Payment | | | Received by |
|---|---|---|---|---|
| | Total | Principal | Interest | |
| | $ | $ | $ | |

"All right, title and interest the undersigned is hereby ass. (without warranty), to the Un. States of America"

The University of Iowa

Dennis R. Austin

Supervisor-Student Loan Accou

August 21, 197

# PROMISSORY NOTE
# NATIONAL DEFENSE STUDENT LOAN

352 46 88 84

MCGEE BARBARA DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

Office of Education, Washington, D.C. 20202

Loan No. 71122

Iowa City, Iowa 52240

NDEA V096 - 0500

I, Barbara McGee, hereinafter called the maker, promise to pay to University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, t sum of $ 100.00 (or so much thereof as may from time to time be advanced to me and en dorsed hereon) with interest at the rate of 3 per cent per annum, together with all attorneys' fe and other costs and charges for the collection of any amount not paid when due according to the terms of this note.

The maker further understands and agrees, and it is understood between the parties that:

I. Repayment of principal, together with interest thereon, shall be made over a period, commencing (except when paragraph III (2) applies) nine months after the date on which the maker ceases to carry, at an institution of higher education, (as defined in the National Defense Education Act of 1958 as amended and regulations pertaining thereto) or at a comparable institution outside the States approved for this purpose by the Commissio at least one-half the full-time academic workload as determined by the institution granting the loan, and ending ten years and nine months after such date. Interest, at the rate of three per centum per annum, shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or if the maker so requests, in graduated installments determined in accordance with such schedules as may be approved by the above-named institution and the Commissioner) quarterly, bimonthly or monthly installments in accordance with the schedule which is attached to and made part of this note.

II. All sums advanced pursuant to this note are drawn from a fund created under the National Defense Education Act of 1958 as amended. Such terms of this note as are subject to interpretation shall be construed in the light of Federal Regulations pertaining to such Act, a copy of which shall be kept by the institution.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.

(2) Interest shall not accrue on the loan, and installments need not be paid during any period (a) during which the maker is carrying, at an institution of higher education or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the normal full-time academic workload as determined by the institution, (b) not in excess of three years during which the mak is a member of the Armed Forces of the United States, (c) not in excess of three years during which the maker is in service as a voluntee under the Peace Corps Act or (d) not in excess of three years during which the maker serves as a volunteer under Section 603 of the Economic Opportunity Act of 1964; any such period in (a), (b), (c) or (d) shall not be included in determining the ten-year period durin which repayment must be completed.

(3) If, for any period not exceeding three years, the maker is pursuing less than half-time study at an institution of higher education but is taking courses creditable toward a degree, his repayment installments shall, upon adequate notice to the institution, be deferred for such period. No such period shall be included in determining the ten-year repayment period under paragraph I. However, interest shall continue to accrue throughout such deferment period.

(4) If the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school or institution of higher education in a State, or in an elementary or secondary school overseas of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of ten per centum of the total amount of the loan plus interest theron for each complete academic year or its equivalent (as determined under the regulations of the Commissioner) of such service, up to a maximum of 50 per centum of t principal plus interest thereon.

(5) If, commencing with the academic year 1966-67, the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in such year for assistance pursuant to Title II of P.L. 81-874, as amended, and which, for purposes of this clause, for that year has been determined by the Commis to be a school in which there is a high concentration of students from low-income families, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(5a) If, commencing with the academic year 1967-68, the maker undertakes service as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed or other health impaired children who by reason thereof require special education) in a public or other nonprofit elementary or secondary school system, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(6) If the maker serves as a member of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of twelve and one-half per centum of the total amount of the loan plus interest thereon for each year of consecutive service (as determined under the regulations of the Commissioner), up to a maximum of 50 per centum of the principal plus interest thereon on loans made after April 13, 1970, for military service performed after June 30, 1970.

(7) In the event of the maker's death or total and permanent disability the unpaid indebtedness hereunder shall be canceled.

(8) The maker is responsible for informing the institution to which he is indebted under this note of any change or changes in his address.

...withstanding the repayment schedule otherwise calculable pursuant to paragraph I, the maker shall repay the principal of this loan ...e rate of not less than $15 per month. In the event the maker receives or has received other National Defense Student Loans at one ...ore other institutions, he shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the total ...thly rate of repayment on all such other loans.

PLAINTIFF'S EXHIBIT A-3

/ Hourly Status | 1 College Class | 4 Income |  2 Sex

(10) If the maker fails to make timely payment of all or any part of an installment, or if the maker is eligible for deferral or cancellation of payment (pursuant to paragraph III (2), (3), or (4) herein) but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part thereof in which the installment or evidence is late, and $2 for each month or part thereof thereafter, or (2) where the loan is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof in which the installment or evidence is late. If the institution elects to add the charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

(11) "In the event of a failure to meet a scheduled repayment of any of the annual installments due on this note, the entire unpaid indebtedness, including interest due and accrued thereon, shall, at the option of the institution, become immediately due and payable."

(12) The maker promises to pay all costs of presentation and collection of this note, and further consents that any Justice of the Peace shall have jurisdiction of a suit in collection of this note to an amount not exceeding Three Hundred Dollars. The makers, sureties, endorsers and/or guarantors of this note hereby waive presentment for payment or notice of nonpayment; and it is further agreed that any and all refunds and monies due from the University shall be applied on this note.

IV. The maker hereby certifies that he has listed below all of the National Defense Student Loans obtained at other institutions.

SCHEDULE OF PREVIOUS NATIONAL DEFENSE STUDENT LOANS

| | Amount | Date | Institution | Signature |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |

Surety – Signed: ____________________

Address of Surety: ____________________

Relationship to Student: ____________________

Signed: Durbara L. McGee

Local Address: ____________________

Home Address: ____________________

Date: July 30, 1971

Caveat -- This note shall be executed without security and without endorsement, except that if the Maker is a minor and this note would not, under State law, create a binding obligation either security or endorsement may be required.

PAYMENTS ON NATIONAL DEFENSE STUDENT LOAN

| Date | Amount of Payment | | | Received by |
|---|---|---|---|---|
| | Total | Principal | Interest | |
| | $ | $ | $ | |

"All right, title and interest of the undersigned is hereby assign (without warranty), to the United States of America"

The University of Iowa

Dennis R. Austin

Supervisor-Student Loan Accounti

August 21, 1979

# PROMISSORY NOTE
# NATIONAL DEFENSE STUDENT LOAN

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

Office of Education, Washington, D.C. 20202

352 46 88 84
Loan No.
MCGEE BARBARA LORRAINE

73665

Iowa City, Iowa 52240

NDEA V096 - 0500

I, Barbara McGee, hereinafter called the maker, promise to pay to the University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, the sum of $ 200.00 (or so much thereof as may from time to time be advanced to me and endorsed hereon) with interest at the rate of 3 per cent per annum, together with all attorneys' fees and other costs and charges for the collection of any amount not paid when due according to the terms of this note.

The maker further understands and agrees, and it is understood between the parties that:

I. Repayment of principal, together with interest thereon, shall be made over a period, commencing (except when paragraph III (2) applies) nine months after the date on which the maker ceases to carry, at an institution of higher education, (as defined in the National Defense Education Act of 1958 as amended and regulations pertaining thereto) or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the full-time academic workload as determined by the institution granting the loan, and ending ten years and nine months after such date. Interest, at the rate of three per centum per annum, shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or if the maker so requests, in graduated installments determined in accordance with such schedules as may be approved by the above-named institution and the Commissioner) quarterly, bimonthly or monthly installments in accordance with the schedule which is attached to and made part of this note.

II. All sums advanced pursuant to this note are drawn from a fund created under the National Defense Education Act of 1958 as amended. Such terms of this note as are subject to interpretation shall be construed in the light of Federal Regulations pertaining to such Act, a copy of which shall be kept by the institution.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.

(2) Interest shall not accrue on the loan, and installments need not be paid during any period (a) during which the maker is carrying, at an institution of higher education or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the normal full-time academic workload as determined by the institution, (b) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (c) not in excess of three years during which the maker is in service as a volunteer under the Peace Corps Act or (d) not in excess of three years during which the maker serves as a volunteer under Section 603 of the Economic Opportunity Act of 1964; any such period in (a), (b), (c) or (d) shall not be included in determining the ten-year period during which repayment must be completed.

(3) If, for any period not exceeding three years, the maker is pursuing less than half-time study at an institution of higher education but is taking courses creditable toward a degree, his repayment installments shall, upon adequate notice to the institution, be deferred for such period. No such period shall be included in determining the ten-year repayment period under paragraph I. However, interest shall continue to accrue throughout such deferment period.

(4) If the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school or institution of higher education in a State, or in an elementary or secondary school overseas of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of ten per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under the regulations of the Commissioner) of such service, up to a maximum of 50 per centum of the principal plus interest thereon.

(5) If, commencing with the academic year 1966-67, the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in such year for assistance pursuant to Title II of P.L. 81-874, as amended, and which, for purposes of this clause, for that year has been determined by the Commissioner to be a school in which there is a high concentration of students from low-income families, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(5a) If, commencing with the academic year 1967-68, the maker undertakes service as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed or other health impaired children who by reason thereof require special education) in a public or other nonprofit elementary or secondary school system, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(6) If the maker serves as a member of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of twelve and one-half per centum of the total amount of the loan plus interest thereon for each year of consecutive service (as determined under the regulations of the Commissioner), up to a maximum of 50 per centum of the principal plus interest thereon on loans made after April 13, 1970, for military service performed after June 30, 1970.

(7) In the event of the maker's death or total and permanent disability the unpaid indebtedness hereunder shall be canceled.

(8) The maker is responsible for informing the institution to which he is indebted under this note of any change or changes in his address.

...standing the repayment schedule otherwise calculable pursuant to paragraph I, the maker shall repay the principal of this loan ...te of not less than $15 per month. In the event the maker receives or has received other National Defense Student Loans at one ... other institutions, he shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the total ... rate of repayment on all such other loans.

PLAINTIFF'S EXHIBIT A-4

1 Hourly Status | 2 College Class | 4 Income

2
Sex

(10) If the maker fails to make timely payment of all or any part of an installment, or if the maker is eligible for deferral or cancellation of payment (pursuant to paragraph III (2), (3), or (4) herein) but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part thereof in which the installment or evidence is late, and $2 for each month or part thereof thereafter, or (2) where the loan is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof in which the installment or evidence is late. If the institution elects to add the charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

(11) "In the event of a failure to meet a scheduled repayment of any of the annual installments due on this note, the entire unpaid indebtedness, including interest due and accrued thereon, shall, at the option of the institution, become immediately due and payable."

(12) The maker promises to pay all costs of presentation and collection of this note, and further consents that any Justice of the Peace shall have jurisdiction of a suit in collection of this note to an amount not exceeding Three Hundred Dollars. The makers, sureties, endorsers and/or guarantors of this note hereby waive presentment for payment or notice of nonpayment; and it is further agreed that any and all refunds and monies due from the University shall be applied on this note.

IV. The maker hereby certifies that he has listed below all of the National Defense Student Loans obtained at other institutions.

SCHEDULE OF PREVIOUS NATIONAL DEFENSE STUDENT LOANS

| | Amount | Date | Institution | Signature |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |

Surety – Signed: ______________________

Address of Surety: ______________________

Relationship to Student: ______________________

Signed: Barbara L. McGee

Local Address: 337 Stanley

Home Address: 657 E. 83rd St.

Date: Sept. 13, 1971

Caveat -- This note shall be executed without security and without endorsement, except that if the Maker is a minor and this note would not, under State law, create a binding obligation either security or endorsement may be required.

PAYMENTS ON NATIONAL DEFENSE STUDENT LOAN

| Date | Amount of Payment | | | Received by |
|---|---|---|---|---|
| | Total | Principal | Interest | |
| | $ | $ | $ | |
| | | | | |
| | | | | "All right, title and interest of the undersigned is hereby assigned (without warranty), to the United States of America" |
| | | | | The University of Iowa<br>[signature]<br>Supervisor-Student Loan Accounts<br>August 21, 1979 |

# PROMISSORY NOTE
## NATIONAL DEFENSE STUDENT LOAN

352 46 [illegible] DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

MCGEE BARBARA LORRAINE

Office of Education, Washington, D.C. 20202

Loan No. 73666

Iowa City, Iowa 52240

NDEA V096 - 0500

I, Barbara McGhee, hereinafter called the maker, promise to pay to The University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, the sum of $ 800.00 (or so much thereof as may from time to time be advanced to me and endorsed hereon) with interest at the rate of 3 per cent per annum, together with all attorneys' fees and other costs and charges for the collection of any amount not paid when due according to the terms of this note.

The maker further understands and agrees, and it is understood between the parties that:

I. Repayment of principal, together with interest theron, shall be made over a period, commencing (except when paragraph III (2) applies) nine months after the date on which the maker ceases to carry, at an institution of higher education, (as defined in the National Defense Education Act of 1958 as amended and regulations pertaining thereto) or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the full-time academic workload as determined by the institution granting the loan, and ending ten years and nine months after such date. Interest, at the rate of three per centum per annum, shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or if the maker so requests, in graduated installments determined in accordance with such schedules as may be approved by the above-named institution and the Commissioner) quarterly, bimonthly or monthly installments in accordance with the schedule which is attached to and made part of this note.

II. All sums advanced pursuant to this note are drawn from a fund created under the National Defense Education Act of 1958 as amended. Such terms of this note as are subject to interpretation shall be construed in the light of Federal Regulations pertaining to such Act, a copy of which shall be kept by the institution.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.

(2) Interest shall not accrue on the loan, and installments need not be paid during any period (a) during which the maker is carrying, at an institution of higher education or at a comparable institution outside the States approved for this purpose by the Commissioner, at least one-half the normal full-time academic workload as determined by the institution, (b) not in excess of three years during which the mak is a member of the Armed Forces of the United States, (c) not in excess of three years during which the maker is in service as a voluntee under the Peace Corps Act or (d) not in excess of three years during which the maker serves as a volunteer under Section 603 of the Economic Opportunity Act of 1964; any such period in (a), (b), (c) or (d) shall not be included in determining the ten-year period durir which repayment must be completed.

(3) If, for any period not exceeding three years, the maker is pursuing less than half-time study at an institution of higher education but is taking courses creditable toward a degree, his repayment installments shall, upon adequate notice to the institution, be deferred for such period. No such period shall be included in determining the ten-year repayment period under paragraph I. However, interest shall continue to accrue throughout such deferment period.

(4) If the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school or institution of higher education in a State, or in an elementary or secondary school overseas of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of ten per centum of the total amount of the loan plus interest theron for each complete academic year or its equivalent (as determined under the regulations of the Commissioner) of such service, up to a maximum of 50 per centum of principal plus interest thereon.

(5) If, commencing with the academic year 1966-67, the maker undertakes service as a full-time teacher in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in such year for assistance pursuant to Title II of P.L. 81-874, as amended, and which, for purposes of this clause, for that year has been determined by the Comm to be a school in which there is a high concentration of students from low-income families, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each complete academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(5a) If, commencing with the academic year 1967-68, the maker undertakes service as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed or other health impaire children who by reason thereof require special education) in a public or other nonprofit elementary or secondary school system, the amount of this note shall be reduced at the rate of 15 per centum of the total amount of the loan plus interest thereon for each comple academic year or its equivalent (as determined under regulations of the Commissioner) of such service.

(6) If the maker serves as a member of the Armed Forces of the United States, the amount of this note shall be reduced at the rate of twelv and one-half per centum of the total amount of the loan plus interest thereon for each year of consecutive service (as determined under the regulations of the Commissioner), up to a maximum of 50 per centum of the principal plus interest thereon on loans made after April 13, 1970, for military service performed after June 30, 1970.

(7) In the event of the maker's death or total and permanent disability the unpaid indebtedness hereunder shall be canceled.

[The] maker is responsible for informing the institution to which he is indebted under this note of any change or changes in his address. [No]twithstanding the repayment schedule otherwise calculable pursuant to paragraph I, the maker shall repay the principal of this loan [at t]he rate of not less than $15 per month. In the event the maker receives or has received other National Defense Student Loans at one [or] more other institutions, he shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the tota [mo]nthly rate of repayment on all such other loans.

PLAINTIFF'S EXHIBIT A-5

1 Hourly Status | 2 College Class | 4 Income | 2 Sex

(10) If the maker fails to make timely payment of all or any part of an installment, or if the maker is eligible for deferral or cancellation of payment (pursuant to paragraph III (2), (3), or (4) herein) but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part thereof in which the installment or evidence is late, and $2 for each month or part thereof thereafter, or (2) where the loan is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof in which the installment or evidence is late. If the institution elects to add the charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

(11) "In the event of a failure to meet a scheduled repayment of any of the annual installments due on this note, the entire unpaid indebtedness, including interest due and accrued thereon, shall, at the option of the institution, become immediately due and payable."

(12) The maker promises to pay all costs of presentation and collection of this note, and further consents that any Justice of the Peace shall have jurisdiction of a suit in collection of this note to an amount not exceeding Three Hundred Dollars. The makers, sureties, endorsers and/or guarantors of this note hereby waive presentment for payment or notice of nonpayment; and it is further agreed that any and all refunds and monies due from the University shall be applied on this note.

IV. The maker hereby certifies that he has listed below all of the National Defense Student Loans obtained at other institutions.

## SCHEDULE OF PREVIOUS NATIONAL DEFENSE STUDENT LOANS

| | Amount | Date | Institution | Signature |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |

Surety - Signed: ____________________

Address of Surety: ____________________

Relationship to Student: ____________________

Signed: Barbara L. McGee

Local Address: 337 Stanley

Home Address: ____________________

Date: Sept. 30, 1971

Caveat -- This note shall be executed without security and without endorsement, except that if the Maker is a minor and this note would not, under State law, create a binding obligation either security or endorsement may be required.

## PAYMENTS ON NATIONAL DEFENSE STUDENT LOAN

| Date | Amount of Payment | | | Received by |
|---|---|---|---|---|
| | Total | Principal | Interest | |
| | $ | $ | $ | |
| | | | | |
| | | | | |
| | | | | "All right, title and interest of |
| | | | | the undersigned is hereby assigned |
| | | | | (without warranty), to the United |
| | | | | States of America" |
| | | | | |
| | | | | The University of Iowa |
| | | | | [signature] |
| | | | | Supervisor-Student Loan Accounting |
| | | | | August 21, 1979 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PROMISSORY NOTE
## NATIONAL DIRECT STUDENT LOAN PROGRAM

THE UNIVERSITY OF IOWA
IOWA CITY, IOWA 52240

352 46 88 84

Loan No. MCGEE BARBARA LORRAINE 77459

NDEA V096 – 0500

I, Barbara L. McGee, hereinafter called the maker, promise to pay to The University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, the sum of $ 200.00 with interest at the rate of 3 per cent per annum, together with all attorn fees and other costs and charges necessary for the collection of any amount not paid when due.

The maker further understands and agrees, and it is understood between the parties that:

I. All sums advanced pursuant to this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, amended, hereinafter called the act. Such terms of the note as are subject to interpretation shall be construed in the light of such act and federal reg lations pertaining to such act, copies of which shall be kept by the lending institution.

II. Repayment of principal, together with interest thereon, shall be made over a period commencing (except when paragraph III (3) is app cable) 9 months after the date on which the maker ceases to carry, at an institution of higher education, or at a comparable institution outside the states approved for this purpose by the U.S. Commissioner of Education, hereinafter called the commissioner, at least one-half the normal full-time academic workload and ending 10 years and 9 months after such date. Interest of 3 per centum per annum shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or, if the maker so requests, in graduated installments determined in accordance with such schedules as may be approved by the lending institution and the commissioner) quarterly, bimonthly or monthly installments (as determined by the lending institution) in accordance with the schedule which is attached to and made part of this note.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time.

(2) In the event of a failure to meet a scheduled repayment of any of the installments due on this note, the entire unpaid indebtedne including interest due and accrued thereon, shall, at the option of the lending institution, become immediately due and payable.

(3) Interest shall not accrue, and installments need not be paid during any period (A) during which the maker is carrying, at an institution of higher education or at a comparable institution outside the states approved for this purpose by the commissioner, at least one-half the norm full-time academic workload or (B) not in excess of 3 years during which the maker (I) is on full-time active duty as a member of the armed forces (A Navy, Air Force, Marine Corps, or Coast Guard) of the United States, (II) is in service as a volunteer under the Peace Corps Act, or (III) is in service a: a volunteer under Title VIII of the Economic Opportunity Act of 1965 (VISTA). Any such period in (A) or (B) shall not be included in determining the 10-year period during which repayment must be completed as specified in paragraph II.

(4) If the maker undertakes service after June 30, 1972, (A) as a full-time teacher in a public or other nonprofit private elementary o secondary school which is in a school district of a local educational agency which is eligible in such year for assistance pursuant to Title I of the Eleme tary and Secondary Education Act of 1965 and which for the purposes of this clause and for that year has been designated by the commissioner in accordance with the provisions of Section 465 (A) (2) of the act as a school with a high enrollment of students from low-income families, or (B) as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotio ally disturbed, or other health-impaired children who by reason thereof require special education) in a public or other nonprofit elementary or second school system, for each complete year of such service the amount of this note shall be reduced at the rate of 15 per centum of the total principal amou of the loan plus interest thereon for the first and second year of such service, 20 per centum of the total principal amount plus interest thereon for the third and fourth year of such service, and 30 per centum of the total principal amount plus interest thereon for the fifth year of such service.

(5) If, after June 30, 1972, the maker undertakes service as a full-time staff member in a preschool program carried on under Section 222 (A) (1) of the Economic Opportunity Act of 1964 (Head Start) which is operated for a period which is comparable to a full school year in the locality, and provided that the salary of such staff member is not more than the salary of a comparable employee of the local educational agenc the principal amount of this note shall be reduced at the rate of 15 per centum of the total principal amount of the loan plus interest thereon for each complete year of such service.

(6) If, after June 30, 1972, the maker serves as a member of the Armed Forces of the United States, up to 50 per centum of the principal amount of this loan shall be reduced at the rate of 12-½ per centum of the total principal amount of the loan, plus interest thereon, for each complete year of service in an area of hostilities that qualifies for special pay under Section 310 of Title 37, United States Code.

(7) The maker is responsible for informing the lending institution of any change or changes in his address.

(8) Notwithstanding the repayment schedule otherwise calculable to Part II, the maker shall repay the total principal amount of this loan at the rate of not less than $15 per month. In the event the maker receives or has received other National Direct Student Loans from other funds authorized by the act at one or more other lending institutions, he/she shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the total monthly rate of principal repayment on all such other loans.

| 1 | Hourly Status | 3 | College Class | 5 | Income | 2 | Sex |
|---|---|---|---|---|---|---|---|

PLAINTIFF'S
EXHIBIT
A-6

2235

)) If the maker fails to make timely payment of all or any part of a scheduled installment, or if the maker is eligible for deferment or ancellation of payment (pursuant to Part III (3), (4), (5), or (6)), but fails to submit timely and satisfactory evidence thereof, the maker promises to ay the charge assessed against him by the lending institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for ie first month or part of a month by which such installment or evidence is late, and $2 for each month or part of a month thereafter; or (2) in the ase of a loan which is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof by which ich installment or evidence is late. If the lending institution elects to add the assessed charge to the outstanding principal of the loan, it shall so inform ie maker prior to the due date of the next installment.

IV. This note shall not be assigned by the lending institution except, upon transfer of the maker to another institution participating in this rogram (or, if not so participating, is eligible to do so and is approved by the commissioner for such purpose), to such institution; provided that ssignment may be made to (A) institutions other than those to which the maker has transferred or to the United States where the lending institu-on ceases to function as an educational institution and (B) to the United States if this note has been in default for two years. The provisions of this ote that relate to the lending institution shall where appropriate relate to an assignee.

V. The maker hereby certifies that he has listed below all of the National Direct Student Loans (or National Defense Student Loans) he as obtained at other institutions.

:CHEDULE OF NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS AT OTHER INSTITUTIONS

| | Amount | Date | Institution | Signature of Maker |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |
| 5 | $ | | | |
| 6 | $ | | | |
| 7 | $ | | | |
| 8 | $ | | | |

Signature of Maker Barbara J. McGee Date 8-31, 1972

Permanent Address 15[illegible] 33rd St. Chgo. Ill.
(Street or Box Number, City, State, and Zip Code)

***CAVEAT*—This note shall be executed without security and without indorsement, except that if the maker is a minor and this note would not, under the law of the state in which the lending institution is located, create a binding obligation, either security or indorsement may be required. The lending institution shall supply a copy of this note to the maker.**

Signature of Indorser ______________________ Date ____________, 19____

**Permanent Address** ______________________
**(Street or Box Number, City, State, and Zip Code)**

"All right, title and interest of the undersigned is hereby assigned (without warranty), to the United States of America"

The University of Iowa

[signature]
Supervisor-Student Loan Accounting

August 21, 1979
Date

13

**PROMISSORY NOTE**
**NATIONAL DIRECT STUDENT LOAN PROGRAM**

THE UNIVERSITY OF IOWA
IOWA CITY, IOWA 52240

352 46 88 84

MCGEE BARBARA LORRAINE

Loan No. 78133

NDEA V096 – 0500

I, Barbara L. McGee, hereinafter called the maker, promise to pay to The University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, the sum of $ 200.00 with interest at the rate of 3 per cent per annum, together with all attorr fees and other costs and charges necessary for the collection of any amount not paid when due.

The maker further understands and agrees, and it is understood between the parties that:

I. All sums advanced pursuant to this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, amended, hereinafter called the act. Such terms of the note as are subject to interpretation shall be construed in the light of such act and federal re lations pertaining to such act, copies of which shall be kept by the lending institution.

II. Repayment of principal, together with interest thereon, shall be made over a period commencing (except when paragraph III (3) is ap cable) 9 months after the date on which the maker ceases to carry, at an institution of higher education, or at a comparable institution outside the states approved for this purpose by the U.S. Commissioner of Education, hereinafter called the commissioner, at least one-half the normal full-time academic workload and ending 10 years and 9 months after such date. Interest of 3 per centum per annum shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or, if the maker so requests, in graduated install- ments determined in accordance with such schedules as may be approved by the lending institution and the commissioner) quarterly, bimonthly or monthly installments (as determined by the lending institution) in accordance with the schedule which is attached to and made part of this note.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time.

(2) In the event of a failure to meet a scheduled repayment of any of the installments due on this note, the entire unpaid indebtedn including interest due and accrued thereon, shall, at the option of the lending institution, become immediately due and payable.

(3) Interest shall not accrue, and installments need not be paid during any period (A) during which the maker is carrying, at an insti tution of higher education or at a comparable institution outside the states approved for this purpose by the commissioner, at least one-half the norr full-time academic workload or (B) not in excess of 3 years during which the maker (I) is on full-time active duty as a member of the armed forces ( Navy, Air Force, Marine Corps, or Coast Guard) of the United States, (II) is in service as a volunteer under the Peace Corps Act, or (III) is in service a volunteer under Title VIII of the Economic Opportunity Act of 1965 (VISTA). Any such period in (A) or (B) shall not be included in determinin the 10-year period during which repayment must be completed as specified in paragraph II.

(4) If the maker undertakes service after June 30, 1972, (A) as a full-time teacher in a public or other nonprofit private elementary secondary school which is in a school district of a local educational agency which is eligible in such year for assistance pursuant to Title I of the Elem tary and Secondary Education Act of 1965 and which for the purposes of this clause and for that year has been designated by the commissioner in accordance with the provisions of Section 465 (A) (2) of the act as a school with a high enrollment of students from low-income families, or (B) as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emoti ally disturbed, or other health-impaired children who by reason thereof require special education) in a public or other nonprofit elementary or secon school system, for each complete year of such service the amount of this note shall be reduced at the rate of 15 per centum of the total principal am of the loan plus interest thereon for the first and second year of such service, 20 per centum of the total principal amount plus interest thereon for t third and fourth year of such service, and 30 per centum of the total principal amount plus interest thereon for the fifth year of such service.

(5) If, after June 30, 1972, the maker undertakes service as a full-time staff member in a preschool program carried on under Section 222 (A) (1) of the Economic Opportunity Act of 1964 (Head Start) which is operated for a period which is comparable to a full school year in the locality, and provided that the salary of such staff member is not more than the salary of a comparable employee of the local educational agen the principal amount of this note shall be reduced at the rate of 15 per centum of the total principal amount of the loan plus interest thereon for eac complete year of such service.

(6) If, after June 30, 1972, the maker serves as a member of the Armed Forces of the United States, up to 50 per centum of the principal amount of this loan shall be reduced at the rate of 12-½ per centum of the total principal amount of the loan, plus interest thereon, for eac complete year of service in an area of hostilities that qualifies for special pay under Section 310 of Title 37, United States Code.

(7) The maker is responsible for informing the lending institution of any change or changes in his address.

(8) Notwithstanding the repayment schedule otherwise calculable to Part II, the maker shall repay the total principal amount of this loan at the rate of not less than $15 per month. In the event the maker receives or has received other National Direct Student Loans from other fund authorized by the act at one or more other lending institutions, he/she shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the total monthly rate of principal repayment on all such other loans.

[ 1 ] Hourly Status   [ 3 ] College Class   [ 5 ] Income   [ 2 ] Sex

PLAINTIFF'S EXHIBIT A-7

(9) If the maker fails to make timely payment of all or any part of a scheduled installment, or if the maker is eligible for deferment or cancellation of payment (pursuant to Part III (3), (4), (5), or (6)), but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the lending institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part of a month by which such installment or evidence is late, and $2 for each month or part of a month thereafter; or (2) in the case of a loan which is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof by which such installment or evidence is late. If the lending institution elects to add the assessed charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

IV. This note shall not be assigned by the lending institution except, upon transfer of the maker to another institution participating in this program (or, if not so participating, is eligible to do so and is approved by the commissioner for such purpose), to such institution; provided that assignment may be made to (A) institutions other than those to which the maker has transferred or to the United States where the lending institution ceases to function as an educational institution and (B) to the United States if this note has been in default for two years. The provisions of this note that relate to the lending institution shall where appropriate relate to an assignee.

V. The maker hereby certifies that he has listed below all of the National Direct Student Loans (or National Defense Student Loans) he has obtained at other institutions.

SCHEDULE OF NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS AT OTHER INSTITUTIONS

| | Amount | Date | Institution | Signature of Maker |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |
| 5 | $ | | | |
| 6 | $ | | | |
| 7 | $ | | | |
| 8 | $ | | | |

Signature of Maker Barbara L. McGee Date Sept. 28, 1972

Permanent Address 2312 Currier (657 E. 83rd St. Chgo., Ill. 60619
(Street or Box Number, City, State, and Zip Code)

*CAVEAT*—This note shall be executed without security and without indorsement, except that if the maker is a minor and this note would not, under the law of the state in which the lending institution is located, create a binding obligation, either security or indorsement may be required. The lending institution shall supply a copy of this note to the maker.

Signature of Indorser [illegible] Date ____, 19__

Permanent Address ____
(Street or Box Number, City, State, and Zip Code)

"All right, title and interest of the undersigned is hereby assigned (without warranty), to the United States of America"

The University of Iowa
[signature]
Supervisor-Student Loan Accounting

August 21, 1979
Date

‹5 88 84

MCGEE BARBARA LORRAINE

**PROMISSORY NOTE**
**NATIONAL DIRECT STUDENT LOAN PROGRAM**

THE UNIVERSITY OF IOWA
IOWA CITY, IOWA 52240

Loan No. 79623

NDEA V096 – 0500

I, Barbara McGhee, hereinafter called the maker, promise to pay to The University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, the sum of $ 200.00 with interest at the rate of 3 per cent per annum, together with all attorr fees and other costs and charges necessary for the collection of any amount not paid when due.

The maker further understands and agrees, and it is understood between the parties that:

I. All sums advanced pursuant to this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, amended, hereinafter called the act. Such terms of the note as are subject to interpretation shall be construed in the light of such act and federal re lations pertaining to such act, copies of which shall be kept by the lending institution.

II. Repayment of principal, together with interest thereon, shall be made over a period commencing (except when paragraph III (3) is ap cable) 9 months after the date on which the maker ceases to carry, at an institution of higher education, or at a comparable institution outside the states approved for this purpose by the U.S. Commissioner of Education, hereinafter called the commissioner, at least one-half the normal full-time academic workload and ending 10 years and 9 months after such date. Interest of 3 per centum per annum shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or, if the maker so requests, in graduated install- ments determined in accordance with such schedules as may be approved by the lending institution and the commissioner) quarterly, bimonthly or monthly installments (as determined by the lending institution) in accordance with the schedule which is attached to and made part of this note.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time.

(2) In the event of a failure to meet a scheduled repayment of any of the installments due on this note, the entire unpaid indebtedr including interest due and accrued thereon, shall, at the option of the lending institution, become immediately due and payable.

(3) Interest shall not accrue, and installments need not be paid during any period (A) during which the maker is carrying, at an inst tution of higher education or at a comparable institution outside the states approved for this purpose by the commissioner, at least one-half the nor full-time academic workload or (B) not in excess of 3 years during which the maker (I) is on full-time active duty as a member of the armed forces ( Navy, Air Force, Marine Corps, or Coast Guard) of the United States, (II) is in service as a volunteer under the Peace Corps Act, or (III) is in service a volunteer under Title VIII of the Economic Opportunity Act of 1965 (VISTA). Any such period in (A) or (B) shall not be included in determinin the 10-year period during which repayment must be completed as specified in paragraph II.

(4) If the maker undertakes service after June 30, 1972, (A) as a full-time teacher in a public or other nonprofit private elementary secondary school which is in a school district of a local educational agency which is eligible in such year for assistance pursuant to Title I of the Elen tary and Secondary Education Act of 1965 and which for the purposes of this clause and for that year has been designated by the commissioner in accordance with the provisions of Section 465 (A) (2) of the act as a school with a high enrollment of students from low-income families, or (B) as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emoti ally disturbed, or other health-impaired children who by reason thereof require special education) in a public or other nonprofit elementary or secon school system, for each complete year of such service the amount of this note shall be reduced at the rate of 15 per centum of the total principal am of the loan plus interest thereon for the first and second year of such service, 20 per centum of the total principal amount plus interest thereon for t third and fourth year of such service, and 30 per centum of the total principal amount plus interest thereon for the fifth year of such service.

(5) If, after June 30, 1972, the maker undertakes service as a full-time staff member in a preschool program carried on under Section 222 (A) (1) of the Economic Opportunity Act of 1964 (Head Start) which is operated for a period which is comparable to a full school year in the locality, and provided that the salary of such staff member is not more than the salary of a comparable employee of the local educational ager the principal amount of this note shall be reduced at the rate of 15 per centum of the total principal amount of the loan plus interest thereon for eac complete year of such service.

(6) If, after June 30, 1972, the maker serves as a member of the Armed Forces of the United States, up to 50 per centum of the principal amount of this loan shall be reduced at the rate of 12-½ per centum of the total principal amount of the loan, plus interest thereon, for eac complete year of service in an area of hostilities that qualifies for special pay under Section 310 of Title 37, United States Code.

(7) The maker is responsible for informing the lending institution of any change or changes in his address.

(8) Notwithstanding the repayment schedule otherwise calculable to Part II, the maker shall repay the total principal amount of thi loan at the rate of not less than $15 per month. In the event the maker receives or has received other National Direct Student Loans from other func authorized by the act at one or more other lending institutions, he/she shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the total monthly rate of principal repayment on all such other loans.

1
Hourly Status
4
College Class
5
Income
2
Sex
PLAINTIFF'S
EXHIBIT
A-8

(9) If the maker fails to make timely payment of all or any part of a scheduled installment, or if the maker is eligible for deferment or cancellation of payment (pursuant to Part III (3), (4), (5), or (6)), but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the lending institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part of a month by which such installment or evidence is late, and $2 for each month or part of a month thereafter; or (2) in the case of a loan which is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof by which such installment or evidence is late. If the lending institution elects to add the assessed charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

IV. This note shall not be assigned by the lending institution except, upon transfer of the maker to another institution participating in this program (or, if not so participating, is eligible to do so and is approved by the commissioner for such purpose), to such institution; provided that assignment may be made to (A) institutions other than those to which the maker has transferred or to the United States where the lending institution ceases to function as an educational institution and (B) to the United States if this note has been in default for two years. The provisions of this note that relate to the lending institution shall where appropriate relate to an assignee.

V. The maker hereby certifies that he has listed below all of the National Direct Student Loans (or National Defense Student Loans) he has obtained at other institutions.

SCHEDULE OF NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS AT OTHER INSTITUTIONS

| | Amount | Date | Institution | Signature of Maker |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |
| 5 | $ | | | |
| 6 | $ | | | |
| 7 | $ | | | |
| 8 | $ | | | |

Signature of Maker *Barbara L. McGee* Date *Jan. 17* 19 *73*

Permanent Address *657 E. 83rd St. Chicago, Ill. 60619*
(Street or Box Number, City, State, and Zip Code)

*CAVEAT*—This note shall be executed without security and without indorsement, except that if the maker is a minor and this note would not, under the law of the state in which the lending institution is located, create a binding obligation, either security or indorsement may be required. The lending institution shall supply a copy of this note to the maker.

Signature of Indorser ______________________ Date ______________, 19____

Permanent Address ______________________
(Street or Box Number, City, State, and Zip Code)

"All right, title and interest of the undersigned is hereby assigned (without warranty), to the United States of America"

The University of Iowa

*Dennis R. Austin*
Supervisor-Student Loan Accounting

August 21, 1979
Date

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..
Mc Gee, Barbara

9

# PROMISSORY NOTE
## NATIONAL DIRECT STUDENT LOAN PROGRAM

THE UNIVERSITY OF IOWA
IOWA CITY, IOWA 52240

Loan No. 79328

NDEA V096 – 0500

I, Barbara McGee, hereinafter called the maker, promise to pay to The University of Iowa, hereinafter called the Institution, at its Business Office in Iowa City, Iowa, the sum of $ 400.00 with interest at the rate of 3 per cent per annum, together with all attorr fees and other costs and charges necessary for the collection of any amount not paid when due.

The maker further understands and agrees, and it is understood between the parties that:

I. All sums advanced pursuant to this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965 amended, hereinafter called the act. Such terms of the note as are subject to interpretation shall be construed in the light of such act and federal re lations pertaining to such act, copies of which shall be kept by the lending institution.

II. Repayment of principal, together with interest thereon, shall be made over a period commencing (except when paragraph III (3) is ap cable) 9 months after the date on which the maker ceases to carry, at an institution of higher education, or at a comparable institution outside the states approved for this purpose by the U.S. Commissioner of Education, hereinafter called the commissioner, at least one-half the normal full-time academic workload and ending 10 years and 9 months after such date. Interest of 3 per centum per annum shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or, if the maker so requests, in graduated install-ments determined in accordance with such schedules as may be approved by the lending institution and the commissioner) quarterly, bimonthly or monthly installments (as determined by the lending institution) in accordance with the schedule which is attached to and made part of this note.

III. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time.

(2) In the event of a failure to meet a scheduled repayment of any of the installments due on this note, the entire unpaid indebtedı including interest due and accrued thereon, shall, at the option of the lending institution, become immediately due and payable.

(3) Interest shall not accrue, and installments need not be paid during any period (A) during which the maker is carrying, at an inst tution of higher education or at a comparable institution outside the states approved for this purpose by the commissioner, at least one-half the nor full-time academic workload or (B) not in excess of 3 years during which the maker (I) is on full-time active duty as a member of the armed forces ( Navy, Air Force, Marine Corps, or Coast Guard) of the United States, (II) is in service as a volunteer under the Peace Corps Act, or (III) is in service a volunteer under Title VIII of the Economic Opportunity Act of 1965 (VISTA). Any such period in (A) or (B) shall not be included in determinin the 10-year period during which repayment must be completed as specified in paragraph II.

(4) If the maker undertakes service after June 30, 1972, (A) as a full-time teacher in a public or other nonprofit private elementary secondary school which is in a school district of a local educational agency which is eligible in such year for assistance pursuant to Title I of the Eler tary and Secondary Education Act of 1965 and which for the purposes of this clause and for that year has been designated by the commissioner in accordance with the provisions of Section 465 (A) (2) of the act as a school with a high enrollment of students from low-income families, or (B) as ı full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emot ally disturbed, or other health-impaired children who by reason thereof require special education) in a public or other nonprofit elementary or secoı school system, for each complete year of such service the amount of this note shall be reduced at the rate of 15 per centum of the total principal ar of the loan plus interest thereon for the first and second year of such service, 20 per centum of the total principal amount plus interest thereon for ı third and fourth year of such service, and 30 per centum of the total principal amount plus interest thereon for the fifth year of such service.

(5) If, after June 30, 1972, the maker undertakes service as a full-time staff member in a preschool program carried on under Section 222 (A) (1) of the Economic Opportunity Act of 1964 (Head Start) which is operated for a period which is comparable to a full school yea in the locality, and provided that the salary of such staff member is not more than the salary of a comparable employee of the local educational age the principal amount of this note shall be reduced at the rate of 15 per centum of the total principal amount of the loan plus interest thereon for ea complete year of such service.

(6) If, after June 30, 1972, the maker serves as a member of the Armed Forces of the United States, up to 50 per centum of the principal amount of this loan shall be reduced at the rate of 12-½ per centum of the total principal amount of the loan, plus interest thereon, for eac complete year of service in an area of hostilities that qualifies for special pay under Section 310 of Title 37, United States Code.

(7) The maker is responsible for informing the lending institution of any change or changes in his address.

(8) Notwithstanding the repayment schedule otherwise calculable to Part II, the maker shall repay the total principal amount of thi loan at the rate of not less than $15 per month. In the event the maker receives or has received other National Direct Student Loans from other fun authorized by the act at one or more other lending institutions, he/she shall repay this note at a monthly rate equal to not less than the amount by which $15 exceeds the total monthly rate of principal repayment on all such other loans.

2 Hourly Status | 4 College Class | 1 Income | 2 Sex

PLAINTIFF'S EXHIBIT A-9

(9) If the maker fails to make timely payment of all or any part of a scheduled installment, or if the maker is eligible for deferment or cancellation of payment (pursuant to Part III (3), (4), (5), or (6)), but fails to submit timely and satisfactory evidence thereof, the maker promises to pay the charge assessed against him by the lending institution. No charge may exceed (1) where the loan is repayable in monthly installments, $1 for the first month or part of a month by which such installment or evidence is late, and $2 for each month or part of a month thereafter; or (2) in the case of a loan which is repayable in bimonthly or quarterly installments, $3 and $6, respectively, for each installment interval or part thereof by which such installment or evidence is late. If the lending institution elects to add the assessed charge to the outstanding principal of the loan, it shall so inform the maker prior to the due date of the next installment.

IV. This note shall not be assigned by the lending institution except, upon transfer of the maker to another institution participating in this program (or, if not so participating, is eligible to do so and is approved by the commissioner for such purpose), to such institution; provided that assignment may be made to (A) institutions other than those to which the maker has transferred or to the United States where the lending institution ceases to function as an educational institution and (B) to the United States if this note has been in default for two years. The provisions of this note that relate to the lending institution shall where appropriate relate to an assignee.

V. The maker hereby certifies that he has listed below all of the National Direct Student Loans (or National Defense Student Loans) he has obtained at other institutions.

SCHEDULE OF NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS AT OTHER INSTITUTIONS

| | Amount | Date | Institution | Signature of Maker |
|---|---|---|---|---|
| 1 | $ | | | |
| 2 | $ | | | |
| 3 | $ | | | |
| 4 | $ | | | |
| 5 | $ | | | |
| 6 | $ | | | |
| 7 | $ | | | |
| 8 | $ | | | |

Signature of Maker X Barbara Lorraine McGee Date X June 4, 19 73

Permanent Address X ~~315 Lincoln~~ 657 E. 83rd St. Chgo. Ill 60619
(Street or Box Number, City, State, and Zip Code)

*CAVEAT*—This note shall be executed without security and without indorsement, except that if the maker is a minor and this note would not, under the law of the state in which the lending institution is located, create a binding obligation, either security or indorsement may be required. The lending institution shall supply a copy of this note to the maker.

Signature of Indorser ______________________ Date ______________, 19____

Permanent Address ______________________
(Street or Box Number, City, State, and Zip Code)

"All right, title and interest of the undersigned is hereby assigned (without warranty), to the United States of America"

The University of Iowa

[signature]
Supervisor-Student Loan Accounting

August 21, 1979
Date

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

AG 480

PROMISSORY NOTE
NATIONAL DIRECT STUDENT LOAN PROGRAM

CEDAR FALLS, IOWA 5061:

I, Barbara L. McGee, hereinafter called the Maker promises to pay to the University of Northern Iowa, hereinafter called the lending institution, located at Cedar Falls, Iowa, the sum of such amounts as may from time t time be advanced to me and endorsed in the schedule of advances below, together with all attorney's fees and other costs and charges necessary f the collection of any amount not paid when due.

| SCHEDULE OF ADVANCES | | | |
|---|---|---|---|
| | AMOUNT | DATE | SIGNATURE OF MAKER |
| 1 | $ 500 | 9-4-73 | x Barbara L. McGee |
| 2 | $ 500 | 2-1-74 | x Barbara L. McGee |
| 3 | $ | | |
| 4 | $ | | |
| 5 | $ | | |
| 6 | $ | | |
| 7 | $ | | |
| 8 | $ | | |
| 9 | $ | | |
| 10 | $ | | |
| 11 | $ | | |
| 12 | $ | | |

MCGEE*BARBARA L*
LOAN NO: 8207001250 07-29-82
SSN 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 TD 1

The Maker further understands and agrees, and it is understood between the parties that:

I. All sums advanced pursuant to this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, as amended, hereinafter called the Act. Such terms of the note as are subject to interpretation shall be construed in the light of such Act and Federal regulations pertaining to such Act, copies of which shall be kept by the lending institution.

II. Repayment of principal together with interest theron, shall be made over a period commencing (except when Paragraph III (3) is applicable) 9 months after the date on which the Maker ceases to carry, at an institution of higher education, or at a comparable institution outside the states approved for this purpose by the U.S. Commissioner of Education, hereinafter called the Commissioner, at least one-half the normal full-time academic workload and ending 10 years and 9 months after such date. Interest of 3 per centum per annum shall accrue from the beginning of such repayment period. Repayment of principal, together with interest thereon, shall be made in equal (or, if the Maker so requests, in graduated installments determined in accordance with such schedules as may be approved by the lending institution and the Commissioner) quarterly, bimonthly or monthly installments (as determined by the lending institution) in accordance with the schedule which is attached to and made part of this note.

III. This note is subject also to the following conditions:

(1) The Maker may at his option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time.

(2) In the event of a failure to meet a scheduled repayment of any of the installments due on this note, the entire unpaid indebtedness including interest due and accrued theron, shall, at the option of the lending institution, become immediately due and payable.

(3) Interest shall not accrue, and installments need not be paid during any period (A) during which the Maker is carrying, at an institution of higher education or at a comparable institution outside the states approved for this purpose by the Commissioner, at least one-half the normal full-time academic workload or (B) not in excess of 3 years during which the Maker (I) is on full-time active duty as a member of the [illegible] Navy, Air Force, Marine Corps, or Coast Guard) of the United States, (II) is in service as a volunteer under the Peace [illegible] service as a volunteer under Title VIII of the Economic Opportunity Act of 1965 (VISTA). Any such period in (A) or [illegible]d in determining the 10-year period during which repayment must be completed as specified in Paragraph II.

PLAINTIFF'S EXHIBIT A-10