U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

| | |
|---|---|
| NAME: | Barbara L. Turner |
| AKA: | Barbara L. McGee |
| | aka Barbara Lorraine McGee |
| ADDRESS: | 4046 Chancery Ct NW |
| | Washington, DC 20007 |
| SSN: | 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 |

Total debt due the United States as of : 08/20/96 $4,300.43.

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $2,800.00 from 08/20/96 at the annual rate of 3%. Interest accrues on the principal amount of this debt at the rate of $0.23 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 09/14/70, 06/14/71, 07/30/71, 09/13/71, 09/30/71, 08/31/72, 09/28/72, 01/17/73 and 06/04/73, the debtor executed promissory note(s) to secure loan(s) from The University of Iowa, Iowa City, IA under loan guaranty programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 USC 1087 et seq. (34 C.F.R Part 674). The holder demanded payment according to the terms of the note(s) and on 01/15/76 the debtor defaulted on the obligation.

After application of the last voluntary payment of $500.00 which was received on 02/20/96 the debtor now owes the following:

| | |
|---|---|
| Principal: | $2,800.00 |
| Interest: | $1,500.43 |
| Administrative/Collection Costs: | $0.00 |
| Penalties: | $0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

08-29-96
Date

[signature] Loan Analyst
Litigation Branch

PLAINTIFF'S EXHIBIT

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

NAME: Barbara L. Turner
AKA: Barbara L. McGee
aka Barbara Lorraine McGee
ADDRESS: 4046 Chancery Ct NW
Washington, DC 20007
SSN: 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

Total debt due the United States as of : 08/20/96 $1,530.58.

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $1,000.00 from 08/20/96 at the annual rate of 3%. Interest accrues on the principal amount of this debt at the rate of $0.08 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 09/04/73 and 02/01/74, the debtor executed promissory note(s) to secure loan(s) from University of Northern Iowa, Cedar Falls, IA under loan guaranty programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 USC 1087 et seq. (34 C.F.R Part 674). The holder demanded payment according to the terms of the note(s) and on 07/01/75 the debtor defaulted on the obligation.

After application of the last voluntary payment of $500.00 which was received on 02/20/96 the debtor now owes the following:

| | |
|---|---|
| Principal: | $1,000.00 |
| Interest: | $530.58 |
| Administrative/Collection Costs: | $0.00 |
| Penalties: | $0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

08-29-96
Date

_[signature]_
Loan Analyst
Litigation Branch

PLAINTIFF'S EXHIBIT