IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>          )<br>v.           )<br>          )<br>          )<br>BARBARA L. TURNER,  )<br>A/KA/ BARBARA L. MCGEE )<br>      Defendant )<br>          )<br>          ) | Civil Action No. 1:06CV00416 JGP |

## MOTION FOR EXTENSION OF TIME FOR TO SERVE THE DEFENDANT

  The Court filed an Order on August 2, 2007, advising the Plaintiff that the above case may be dismissed without prejudice by September 4, 2007 for failure to serve the defendant with a Summons and Complaint by September 4, 2007. After August 2, 2007, the Summons was re-issued on August 17, 2007 and the Plaintiff forwarded the Summons and Complaint to its process server for service on the defendant at a new address Plaintiff believes is correct for this Defendant.

  WHEREFORE, Plaintiff requests the Court to extend the September 4, 2007, deadline noted in its August 2, 2007, Order an additional thirty days from the signing of the attached Order to serve the defendant at the new address.

                /s/
                _____
                Thomas A. Mauro, Bar No. 184515
                Attorney for the United States of America
                1020–19th Street, N.W., Suite #400
                Washington, DC 20036
                Tel No. 202 452-9865
                Fax No. 202 452-0092
                Attorney for The United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>      Plaintiff,    )<br>            )<br>v.             )<br>            )<br>            )<br>BARBARA L. TURNER,   )<br>A/KA/ BARBARA L. MCGEE )<br>      Defendant    )<br>            )<br>            ) | Civil Action No. 1:06CV00416 JGP |

ORDER

_____Upon consideration of the Motion of the Plaintiff for Extension of Time for to Serve the Defendant and the record herein, it is hereby

  ORDERED, that the Plaintiff has an additional thirty days from the date of this Order to serve the Defendant with the Summons and Complaint in this case.

                _____
                John Garrett Penn
                United States District Judge