UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARBARA L. TURNER,<br><br>  Defendant. | No. 06-0416<br>DAR |

**O R D E R**

The complaint in this case was filed on March 7, 2006 in accordance with the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001-3308, to collect a debt that Defendant allegedly owes the United States. On August 2, 2007, this court filed an Order, advising Plaintiff that the case may be dismissed without prejudice on September 4, 2007 for Plaintiff's failure to serve the Defendant with a Summons and Complaint by September 4, 2007. On September 7, 2007, Plaintiff filed a Motion for an Extension of Time to serve the Defendant. The undersigned, on November 15, 2007, granted Plaintiff's Motion for an Extension of Time and ordered Plaintiff to serve the Defendant no later than December 17, 2007. The docket in this case reflects that Plaintiff has failed to serve the Defendant with the complaint and summons in accordance with 28 U.S.C. § 3004 and Federal Rule of Civil Procedure 4(m). This case is dismissed without prejudice.

**SO ORDERED**.

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge

**March 7, 2008**
DATE